R    MHN

UNITED STATES DISTRICT COURT  08cv1975
NORTHERN DISTRICT OF ILLINOIS  JUDGE SHADUR
MAG.JUDGE NOLAN

# Civil Cover Sheet

**Plaintiff(s):** RODNEY PATTON   **Defendant(s):** WILVIS HARRIS, et al.

**County of Residence:** WILL    **County of Residence:**

**Plaintiff's Address:**    **Defendant's Attorney:**

Rodney M Patton
N-90684
Stateville - STV
P. O. Box 112
Joliet, IL 60434

Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL  60601

FILED
JN  APR X 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1893pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** A. E. Woodham   **Date:** 04/07/2008

Shadur  07C2180
Nolan