UNITED STATES DISTRICT COURT
Northern District of Illinois
Eastern Division

MHN

**FILED**
APR - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Rodney Patton

Vs.

CASE NO:

Wilvis Harris
Ami Workman
Darryl Johnson
C/O Kajtsa

08cv1975
JUDGE SHADUR
MAG. JUDGE NOLAN

Motion for Appointment of Counsel

Pursuant to 28 U.S.C. § 1915 (e)(1) Plaintiff moves for an order appointing Counsel to represent me in this case.

In support of this Motion, Plaintiff states:

1. Plaintiff is unable to afford counsel, I have requested leave to proceed in forma pauperis.

2. Plaintiff ask the Court to appoint Mr. David Van Dyke of Cassiday, Schade, + Gloor, 20 North Wacker Drive, Suite 1040, Chicago, IL, 60606 to represent the plaintiff.

3. The issues involved in this case are complex, and will require significant research and investigation.

4. The Plaintiff has limited access to the law library and limited knowledge of the law. Plaintiff's imprisonment will greatly limit my ability to litigate.

5. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witness.

6. Plaintiff has written the following Attorney's in an effort to obtain a lawyer.

① Mr. Kenneth N. Flaxman,    ② Kathleen Zellner
   Chicago, Illinois            Naperville, Illinois

③ Chicago Volunteer Legal Service    ④ Chicago Legal Clinic
   100 N. LaSalle, Suite 900             2938 E. 91st
   Chicago, Illinois 60602               Chicago, Illinois 60617

Wherefore, plaintiff request that the court appoints David Van Dyke, a member of the Illinois Bar, as counsel in this case.

Respectfully Submitted,

*Rodney Patton* (signature)

MR. Rodney Patton
P.O. Box 112
Joliet, Il 60434-0112