Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1975 | DATE | 4/10/2008 |
| CASE TITLE | Rodney Patton vs. Wilvis Harris, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Section 1915A(b) calls for the present dismissal of the Complaint and this action for failure to state a claim upon which Section 1983 relief may be granted, and this Court so orders. Patton's motion for appointment of counsel is denied as moot. (4-1) Finally, if Case No. 07 C 2180 has not met the standards for a third strike under Section 1915(g), this dismissal certainly does so - - so that Patton has not attained the three-strike level under any view of the matter.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|