Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1975 | **DATE** | 4/11/2008 |
| **CASE TITLE** | Rodney Patton vs. Wilvis Harris, et al | | |

**DOCKET ENTRY TEXT**

Enter Supplement to Memorandum Order. Plaintiff's application to proceed in forma pauperis is granted. (3-1) Patton is assessed an initial filing fee of $14.17 and the Stateville trust fund officer is to collect that payment and forward it to the Clerk of Court. Monthly payments shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350.00 filing fee is paid.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|