**FILED**

APR 1 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To The Clerk of the U.S. District Court,

\* your office put the incorrect ID# on my address.

Please correct this, because I will not receive my mail.

Rodney M. Patton N-90674
P.O. Box 112
Joliet, Illinois 60434-0112

08 CV 1975

Dated April 11, 2008