\*Clerk Copy

United States District Court
Northern District
Eastern Division

M/H N

Rodney Patton

v.

Wilus Harris

08CV1975

08 C 1975

FILED
5-1-2008
MAY 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice to Court

The Plaintiff filed a Motion for Reconsideration with the court, the Motion has not been heard by the court. The Plaintiff had 10 days to file the Motion for Reconsideration, And the Plaintiff has a filing date of 4-21-08. I ask the court to rule on my Motion because it was filed within the time frame required by the F.R.C.P. I ask the court to Amend my Complaint, "New Evidence"

Respectfully Submitted,
Rodney Patton