

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1975 | DATE | 5/2/2008 |
| CASE TITLE | Rodney Patton vs. Wilvis Harris, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Patton's motion for reconsideration is denied. (12-1) (Attachment)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|