United States Court of Appeals
for the 7th Circuit

Rodney Patton
v.
Wilvis Harris

**FILED**
MAY - 9 2008
5-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 cv 1975

Motion To Continue As A Poor person

The Plaintiff filed a complaint with the District Court with the above case number.

The Plaintiff can not pay the cost of this appeal, And ask the court to review my application filed with the court, because my status has not changed.

Wherefore, I ask the Court of Appeals to allow me to continue with out full payment.

Respectfully Submitted,

Rodney Patton