Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1975 | DATE | 5/13/2008 |
| CASE TITLE | Rodney Patton vs. Wilvis Harris | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Congress has decreed that Patton cannot proceed with his proposed appeal unless he first pays the $455 in filing fees applicable to such an appeal. (17-1) (Attachments)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|