CEM

FILED
MAY 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 12, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2175
>
> Caption:
> RODNEY M. PATTON,
> Plaintiff - Appellant
>
> v.
>
> WILVIS HARRIS, AMI WORKMAN, DARRYL L. JOHNSON, et al.,
>  Defendants - Appellees
>
> District Court No: 1:08-cv-01975
> Court Reporter J. Andrews
> Clerk/Agency Rep Michael Dobbins
> District Judge Milton Shadur
>
> Date NOA filed in District Court: 05/09/2008

If you have any questions regarding this appeal, please call this office.

CC:

J. Andrews

Michael W. Dobbins