

# United States District Court
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                                       312-435-5670

June 2, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Patton -v- Harris

U.S.D.C. DOCKET NO. : 08 cv 1975

U.S.C.A. DOCKET NO. : 08 - 2175

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)              *1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                            Very truly yours,

                                                            Michael W. Dobbins, Clerk

                                                            By:_____
                                                                 D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Patton -v- Harris.

USDC NO.   : 08 cv 1975

USCA NO.   : 08 - 2175

                        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 2nd day of June 2008.

                        MICHAEL W. DOBBINS, CLERK

                        By: _____
                            D. Jordan, Deputy Clerk

## United States District Court
### Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01975
### Internal Use Only

1.
Patton v. Harris et al
Assigned to: Honorable Milton I. Shadur

Case in other court: 08-02175

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/11/2008
Date Terminated: 04/11/2008
Jury Demand: Plaintiff
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Rodney Patton**  represented by  **Rodney Patton**
N-90674
Stateville - STV
P. O. Box 112
Joliet, IL 60434
PRO SE

V.

**Defendant**
**Wilvis Harris**

**Defendant**
**Ami Workman**

**Defendant**
**Darryl Johnson**

**Defendant**
**Kajtsa**
*Correctional Officer*

**Defendant**

**Roger E. Walker, Jr.**
*Director*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2008 | 1 | RECEIVED Complaint and five copies by Rodney Patton. (kj, ) (Entered: 04/09/2008) |
| 04/07/2008 | 2 | CIVIL Cover Sheet. (kj, ) (Entered: 04/09/2008) |
| 04/07/2008 | 3 | APPLICATION by Plaintiff Rodney Patton for leave to proceed in forma pauperis. (Exhibits) (kj, ) (Entered: 04/09/2008) |
| 04/07/2008 | 4 | MOTION by Plaintiff Rodney Patton to appoint counsel. (kj, ) (Entered: 04/09/2008) |
| 04/07/2008 | 5 | POST MARKED envelope for initiating document by Rodney Patton (Document not scanned) (aew, ) (Entered: 04/10/2008) |
| 04/10/2008 | 6 | MINUTE entry before Judge Honorable Milton I. Shadur:Enter memorandum order. Section 1915A(b) calls for the present dismissal of the complaint and this action for failure to state a claim upon which Section 1983 relief may be granted, and this court so orders. Patton's motion for appointment of counsel is denied as moot.(4-1) Finally, if Case No. 07cv2180 has not met the standards for a third strike under Section 1915(g), this dismissal certainly does so -- so that Patton has now attained the three-strike level under any view of the matter. mailed notice (vcf, ) Modified on 5/2/2008 (srn, ). (Entered: 04/14/2008) |
| 04/10/2008 | 7 | MEMORANDUM Order Signed by Judge Honorable Milton I. Shadur on 4/10/2008.(vcf, ) (Entered: 04/14/2008) |
| 04/10/2008 | 8 | ENTERED JUDGMENT.(vcf, ) (Entered: 04/14/2008) |
| 04/11/2008 | 9 | MINUTE entry before Judge Honorable Milton I. Shadur: Enter Supplement to Memorandum Order. Plaintiff's application to proceed in forma pauperis is granted. (3-1) Patton is assessed an initial filing fee of $14.17 and the Stateville trust fund officer is to collect that payment and forward it to the Clerk of Court. Monthly payments shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350.00 filing fee is paid. Mailed notice (vcf, ) (Entered: 04/14/2008) |
| 04/11/2008 | 10 | SUPPLEMENT TO Memorandum Order Signed by Judge Honorable Milton I. Shadur on 4/11/2008.(vcf, ) (Entered: 04/14/2008) |
| 04/14/2008 | | MAILED Minute order dated 4/11/2008 to Stateville trust fund officer. (vcf, ) |

| | | |
|---|---|---|
| | | (Entered: 04/14/2008) |
| 04/15/2008 | 11 | NOTICE by Rodney Patton of Change of Address. (vcf, ) (Entered: 04/17/2008) |
| 04/21/2008 | 12 | MOTION by Plaintiff Rodney Patton for reconsideration;(Exhibits). (Poor Quality Original- Paper Document on File.) (vcf, ) (Entered: 04/24/2008) |
| 05/01/2008 | 13 | NOTICE to court by Rodney Patton. (vcf, ) (Entered: 05/05/2008) |
| 05/02/2008 | 14 | MINUTE entry before Judge Honorable Milton I. Shadur: Enter Memorandum Order. Patton's motion for reconsideration 12 is denied.(12-1)(Attachment) Mailed notice (vcf, ) (Entered: 05/06/2008) |
| 05/02/2008 | 15 | MEMORANDUM Opinion and Order Signed by Judge Honorable Milton I. Shadur on 5/2/2008.(vcf, ) (Entered: 05/06/2008) |
| 05/02/2008 | 23 | MEMORANDUM Order Signed by Judge Honorable Milton I. Shadur on 5/2/2008.(vcf, ) (Entered: 05/15/2008) |
| 05/09/2008 | 16 | NOTICE of appeal by Rodney Patton regarding orders 7 , 6 , 8 (ifp) (dj, ) (Entered: 05/12/2008) |
| 05/09/2008 | 17 | MOTION by Plaintiff Rodney Patton to continue as a poor person. (dj, ) (Entered: 05/12/2008) |
| 05/09/2008+ | 20 | POST MARKED envelope for notice of appeal by Rodney Patton (Document not scanned) (aew, ) (Entered: 05/13/2008) |
| 05/12/2008 | 18 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 05/12/2008)~~ |
| 05/12/2008 | 19 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 16 . Notified counsel (dj, ) (Entered: 05/12/2008)~~ |
| 05/13/2008 | 21 | MINUTE entry before Judge Honorable Milton I. Shadur: Enter Memorandum Order. Congress has decreed that Patton cannot proceed with his proposed appeal unless he first pays the $455 in filing fees applicable to such appeal. (17-1)(Attachments)Mailed notice (vcf, ) (Entered: 05/15/2008) |
| 05/13/2008 | 22 | MEMORANDUM Order Signed by Judge Honorable Milton I. Shadur on 5/13/2008.(vcf, ) (Entered: 05/15/2008) |
| 05/13/2008 | | (Court only) ***Motions terminated: MOTION by Plaintiff Rodney Patton for leave to appeal in forma pauperis 17 (srn, ) (Entered: 05/28/2008) |
| 05/14/2008 | 24 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 16 ; USCA Case No. 08-2175. (vcf, ) (Entered: 05/15/2008)~~ |
| 05/16/2008 | 25 | ~~CIRCUIT Rule 3(b) Notice. IT IS ORDERED that all other proceedings in this appeal are SUSPENDED pending the assessment and payment of any necessary fees. The court will take no further action in this appeal until the fee status is resolved. (ca, ) (Entered: 05/20/2008)~~ |

**KEY**

**All circled items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**