# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 20, 2008

### BEFORE

MICHAEL S. KANNE, Circuit Judge

DIANE P. WOOD, Circuit Judge

**FILED**
AUG 22 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-2175 | RODNEY M. PATTON, Plaintiff - Appellant |
| --- | --- |
| | v. |
| | WILVIS HARRIS, AMI WORKMAN, DARRYL L. JOHNSON, et al., Defendants - Appellees |
| Originating Case Information | |
| District Court No: 1:08-cv-01975 Northern District of Illinois, Eastern Division District Judge Milton Shadur | |

The court has carefully reviewed request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal. A review of this case indicates that the appellant Rodney Patton is not permitted to proceed in forma pauperis under 28 U.S.C. § 1915(g). The appellant has, on three or more prior occasions, brought an action or appeal that was dismissed on the grounds that it is frivolous or fails to state a claim upon which relief may be granted. See, e.g., *Patton v. Proctor*, 94-cv-00369 (N.D. Ill. Jan. 28, 1994); *Patton v. County of Cook*, 07-cv-1761 (N.D. Ill. Apr. 6, 2007); *Patton v. Harris*, 08-cv-1975 (N.D. Ill. Apr. 10, 2008). Accordingly,

**IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is DENIED. See *Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000). Appellant shall pay the required docketing fee within 14 days, or else this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b). See *Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997).

form name: c7_Order_3J (form ID: 177)